CALDWELL & COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 357.

Circuit Court of Appeals, Second Circuit.

May 29, 1933.

Herman Goldman, of New York City (Benjamin Wiener, of Brooklyn, N. Y., and Arthur Rothstein, of New York City, of counsel), for petitioner.

J. P. Jackson and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. W. Wilson, Sp. Atty., Bureau of Internal Revenue,

both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.